NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**KANEKA CORPORATION,**
*Appellant*

**v.**

**SKC KOLON PI, INC.,**
*Appellee*

---

2015-1223

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board, in No. 95/001,707.

---

**JUDGMENT**

---

PATTRIC RAWLINS, Procopio, Cory, Hargreaves & Savitch LLP, San Diego, CA, argued for appellant. Also represented by ANTHONY J. DAIN, FREDERICK K. TAYLOR, LI ZHANG.

MARK D. SWEET, Finnegan, Henderson, Farabow, Garrett & Dunner, LLP, Washington, DC, argued for appellee. Also represented by ANTHONY A. HARTMANN.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (PROST, *Chief Judge,* NEWMAN, and CHEN, *Circuit Judges*).


**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


 September 15, 2015       /s/ Daniel E. O'Toole
Date             Daniel E. O'Toole
                 Clerk of Court